# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| **Jonathan Bahr, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**Health Insurance Associates LLC DBA Healthinsurance.com**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. CV-25-01582-PHX-MTL |

## AFFIDAVIT OF SERVICE

I, Richard Reddy, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Health Insurance Associates LLC in Volusia County, FL on May 13, 2025 at 10:37 am at 1175 Beville Road, Daytona Beach, FL 32119 by leaving the following documents with Lucas Walker who as Registered Agent is authorized by appointment or by law to receive service of process for Health Insurance Associates LLC.

Summons In A Civil Action, Class Action Complaint

White Male, est. age 25-34, glasses: N, Black hair, 240 lbs to 260 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=29.1720419205,-81.0337453564
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Richard Reddy* |
|    Lake County   , | Signature |
|    FL    on   5/14/2025  . | Richard Reddy |
| | +1 (386) 221-1169 |



Exhibit 1a)