Law Offices
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd.
Suite 410
Phoenix, AZ 85016
602-631-4400
602-631-4404
blarsen@hinshawlaw.com
msmith@hinshawlaw.com

Brett B. Larsen (034825)
M. Victoria Smith (036334)
Attorneys for Defendant Health Insurance Associates LLC
DBA Healthinsurance.com

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all parties and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Health Insurance Associates LLC DBA Healthinsurance.com,<br><br>Defendant. | Case No. CV-25-01582-MTL<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT HEALTH INSURANCE ASSOCIATES LLC DBA HEALTHINSURANCE.COM** |

**NOTICE** is hereby provided that Brett B. Larsen and M. Victoria Smith of the law firm Hinshaw & Culbertson LLP appear as counsel for Defendant Health Insurance Associates LLC DBA Healthinsurance.com, in the above-captioned matter.

DATED this 3rd day of June, 2025.

HINSHAW & CULBERTSON LLP

/s/ Brett B. Larsen
Brett B. Larsen
M. Victoria Smith
*Attorneys for Defendant Health Insurance Associates LLC DBA Healthinsurance.com*

2246\324988755.v1

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
anthony@paronichlaw.com
*Attorneys for Plaintiff*

By  /s/ Candice J. Cromer

2

2246\324988755.v1