Law Offices
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd.
Suite 750
Phoenix, AZ 85016
602-631-4400
602-631-4404
blarsen@hinshawlaw.com
msmith@hinshawlaw.com

Brett B. Larsen (034825)
M. Victoria Smith (036334)
Attorneys for Defendant Health Insurance Associates LLC
DBA Healthinsurance.com

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all parties and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Health Insurance Associates LLC DBA Healthinsurance.com,<br><br>Defendant. | No. CV-25-01582-MTL<br><br>**CORPORATE DISCLOSURE STATEMENT OF HEALTH INSURANCE ASSOCIATES, LLC DBA HEALTHINSURANCE.COM** |

This Corporate Disclosure Statement is filed on behalf of Health Insurance Associates LLC DBA Healthinsurance.com in compliance with the provisions of:

_____  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, a nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational

victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1)

The filing party hereby declares as follows:

__X__   No such corporation

_____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed.*)

Relationship
_____

_____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____   Other (Please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 3rd day of June, 2025.

HINSHAW & CULBERTSON LLP

/s/ Brett B. Larsen
Brett B. Larsen
M. Victoria Smith
*Attorneys for Defendant Health Insurance Associates LLC DBA Healthinsurance.com*

## **CERTIFICATE OF SERVICE**

I certify that on the 3rd day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
anthony@paronichlaw.com
*Attorneys for Plaintiff*

By  /s/ Candice J. Cromer