Law Offices
**HINSHAW & CULBERTSON LLP**
2375 E. Camelback Rd.
Suite 410
Phoenix, AZ 85016
602-631-4400
602-631-4404
blarsen@hinshawlaw.com
msmith@hinshawlaw.com

Brett B. Larsen (034825)
M. Victoria Smith (036334)
Attorneys for Defendant Health Insurance Associates LLC
DBA Healthinsurance.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all parties and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Health Insurance Associates LLC DBA Healthinsurance.com,<br><br>    Defendant. | Case No. CV-25-01582-MTL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HEALTH INSURANCE ASSOCIATES LLC DBA HEALTHINSURANCE.COM TO SERVE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

    Plaintiff and Defendant Health Insurance Associates LLC DBA Healthinsurance.com, by and through undersigned counsel, stipulate and agree to extend the time for Defendant Health Insurance Associates LLC to serve an answer or other responsive pleading to Plaintiff's Complaint (Doc. 1) from June 3, 2025 to **June 24, 2025**.

    Defendant's counsel was recently retained in this matter and needs the additional time to complete an investigation into the allegations sufficient to meaningfully respond to Plaintiff's Complaint.

    This is Defendant's first request for an extension.

DATED this 3rd day of June, 2025.

| PARONICH LAW, P.C. | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ Anthony I. Paronich (*with permission*) | /s/ Brett B. Larsen |
| Anthony I. Paronich | Brett B. Larsen |
| *Attorneys for Plaintiff* | M. Victoria Smith |
| | *Attorneys for Defendant Health Insurance Associates LLC DBA Healthinsurance.com* |

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
anthony@paronichlaw.com
*Attorneys for Plaintiff*

By  /s/ Candice J. Cromer