UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all parties and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Health Insurance Associates LLC DBA Healthinsurance.com,<br><br>    Defendant. | No. CV-25-01582-MTL<br><br>**ORDER EXTENDING TIME FOR DEFENDANT HEALTH INSURANCE ASSOCIATES LLC DBA HEALTHINSURANCE.COM TO SERVE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

Plaintiff and Defendant Health Insurance Associates LLC DBA Healthinsurance.com having filed a stipulation to extend the time for Defendant Health Insurance Associates LLC to serve a responsive pleading to Plaintiff's Complaint (Doc. 1), and good cause appearing,

**IT IS HEREBY ORDERED** extending the time for Defendant Health Insurance Associates LLC to serve its responsive pleading to Plaintiff's Complaint (Doc. 1) from June 3, 2025 to **June 24, 2025**.

2246\324988756.v1