# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, | No. CV-25-01582-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Health Insurance Associates LLC, | |
| Defendant. | |

The Court having reviewed the Parties' Stipulation for Extension of Time (Doc. 9), and good cause appearing,

**IT IS ORDERED** granting the Stipulation. (Doc. 9.) Defendant shall file its answer or otherwise respond to the complaint by **June 24, 2025**.

Dated this 4th day of June, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge