Law Offices
**HINSHAW & CULBERTSON LLP**
2375 E. Camelback Rd.
Suite 410
Phoenix, AZ 85016
602-631-4400
602-631-4404
blarsen@hinshawlaw.com
msmith@hinshawlaw.com

Brett B. Larsen (034825)
M. Victoria Smith (036334)
Attorneys for Defendant Health Insurance Associates LLC
DBA Healthinsurance.com

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all parties and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Health Insurance Associates LLC dba Healthinsurance.com,<br><br>Defendant. | Case No. CV-25-01582-MTL<br><br>**NOTICE OF SETTLEMENT** |

    Defendant Health Insurance Associates LLC DBA Healthinsurance.com, by its undersigned counsel, hereby gives notice to the Court that the parties in this action have reached a settlement of all claims in this case. Plaintiff and Defendant are in the process of finalizing the settlement, after which they will file a stipulation for dismissal of this action with prejudice. Defendant anticipates that the settlement will be finalized and the stipulation for dismissal filed within the next sixty (60) days. In light of the settlement, the parties agree that Defendant does not need to answer the Complaint.

///

///

DATED this 23rd day of June, 2025.

          HINSHAW & CULBERTSON LLP

          /s/ Brett B. Larsen
          Brett B. Larsen
          M. Victoria Smith
          *Attorneys for Defendant Health Insurance Associates LLC DBA Healthinsurance.com*

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
anthony@paronichlaw.com
*Attorneys for Plaintiff*

By  /s/ Candice J. Cromer

2

1088407\325244365.v1