IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr,<br><br>    Plaintiff,<br><br>v.<br><br>Health Insurance Associates LLC,<br><br>    Defendant. | No. CV-25-01582-PHX-MTL<br><br>**ORDER** |

Having received the Joint Notice of Settlement (Doc. 11) between the parties in this case,

**IT IS ORDERED** that the Clerk of Court shall, without further notice, dismiss this case on **August 29, 2025**, with prejudice, unless prior thereto, a party withdraws the Notice of Settlement (Doc. 11) or files a motion to extend the dismissal deadline.

**IT IS FURTHER ORDERED** that any pending deadlines in this matter are stayed.

Dated this 30th day of June, 2025.

Michael T. Liburdi
United States District Judge